

**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**OMAR J. SIDDIQI**
*Senior Counsel*
Tel.: (212) 356-2345
Fax: (212) 356-3509
osiddiqi@law.nyc.gov

July 15, 2020

**VIA ECF**
Hon. Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York

> The initial pretrial conference scheduled for July 24 at 11:00 a.m. is adjourned to July 29 at 1:15 p.m.
>
> **SO ORDERED.** July 15, 2020
>
> */s/ Naomi Reice Buchwald*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE

Re: Arnold Robinson v. City of New York, et al.
19 Civ. 2692 (NRB)

Your Honor:

    I am a Senior Counsel in the Office of Corporation Counsel, assigned to the defense of the above referenced matter. Defendants write to respectfully request that the Court adjourn the conference currently scheduled for July 24, 2020. Defendants have conferred with plaintiff who consents to the instant request.

    The reason for the instant request is that defense counsel has a religious observation on July 24, 2020. Defendants have spoken to plaintiff's counsel, and the parties would be available for a conference on July 20, July 21, or July 22. If these dates are not available, the parties respectfully request that the conference be adjourned to a date after July 24, 2020. Defense counsel has a religious observation on July 31, 2020, and could not participate in a conference on that date.

    Based on the foregoing, defendants respectfully request that the July 24th conference be adjourned.

    I thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Omar J. Siddiqi*

Omar J. Siddiqi
Senior Counsel

cc: Lissa Green-Stark, Esq. (ECF)